# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TELLY ROYSTER, | ) | |
| | ) | Civil Action No. 09 - 1150 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Chief Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| BEARD, *et al.*, | ) | |
| | ) | ECF No. 174 |
| Defendants. | ) | |

## ORDER

**AND NOW**, this 6th day of September, 2013; **IT IS HEREBY ORDERED** that Defendant P.A. Meyer's Motion for Summary Judgment (ECF No. 174) is **GRANTED**. The Clerk is directed to terminate him from this action.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
Chief United States Magistrate Judge

cc: Counsel of Record

1